# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHERRY T. RODGERS, #263022,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 10-0279-CG-N |
| **SHERIFF JAMES LOVETTE, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that the claims against defendant State of Alabama be and are hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), that the claims against defendant Lovette be and are hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted, and that supplemental jurisdiction be and is hereby **DECLINED.** Accordingly, it is **ORDERED** that this action be and is hereby **DISMISSED** in its entirety. this action be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because plaintiff's claims are either frivolous or fail to state a claim upon which relief can be granted.

**DONE** this 19th day of July, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE